UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9604 RGK (MRWx) | Date | September 16, 2016 |
|---|---|---|---|
| Title | Ghazaryan v. Experian et al. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**   ORDER RE: PROTECTIVE ORDER

   The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 27.)  The Court accepts and ENTERS the proposed order subject to the following:

   1.   ¶ 11 – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions.