# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI GHAZARYAN, an individual, | CASE NO: CV15-09604-RGK (MRWx) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the stipulation of the parties, with good cause appearing, IT IS HEREBY ORDERED that defendant EXPERIAN INFORMATION SOLUTIONS, INC., is hereby dismissed with prejudice, with those stipulating parties each bearing their own fees and costs.

**IT IS SO ORDERED.**

DATED: December 1, 2016

By: *Gary Klausner*

JUDGE OF THE U.S. DISTRICT COURT

---

CV15-09604-RGK (MRWx)          1          [PROPOSED] ORDER