# EXHIBIT A



**Elite**
COURT REPORTING
23312 Madero Rd., Ste.B, Mission Viejo, CA 92691
Phone: (949) 829-9222  Fax: (949) 829-9223

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2016 | 16-8064-1 |

Bill To  ATTN: TONY LOVE, ESQ.
KING & SPALDING
1180 Peachtree Street
Atlanta, GA 30309

| Attorney | Reporter | Depo Date | Case Caption | Case Number |
|---|---|---|---|---|
| Tony Love, Esq. | KBon | 9/30/2016 | Ghazaryan vs. Experian Info | 2:15-cv-09604-RGK... |

| Description | Amount |
|---|---|
| One Copy of the Transcript of Ani Ghazaryan Ghazaryan vs. Experian Information Solutions, et al. | 731.40 |

| NET 30 DAYS | $731.40 |
|---|---|

WE ACCEPT
MASTERCARD VISA AMEX

MAKE CHECKS PAYABLE TO:

ELITE COURT REPORTING
23312 Madero, Suite B
Mission Viejo, CA  92691
Tax ID No. 37-1474286

WE APPRECIATE YOUR BUSINESS!

A service charge of 1.5% per month (18% annum) will be payable for any monies owing past the stated terms.